**Jack Allen WILSON, Plaintiff–Appellant,**

v.

**R. MEYERS, Health Care Manager; et al., Defendants–Appellees.**

**No. 03–57210.**

**D.C. No. CV–01–01919–DOC.**

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2005.*

Decided June 24, 2005.

Jack Allen Wilson, Corcoran, CA, for Plaintiff–Appellant.

---

R.App. P. 34(a)(2).

Mark V. Santa Romana, Office of the California Attorney General, Los Angeles, CA, for Defendants–Appellees.

Before KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

MEMORANDUM**

California prisoner Jack Allen Wilson appeals pro se the district court's summary judgment in favor of prison officials in his 42 U.S.C. § 1983 action alleging violations of the Eighth Amendment. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Delta Savings Bank v. United States*, 265 F.3d 1017, 1021 (9th Cir.2001), and we affirm.

The district court properly granted summary judgment on Wilson's deliberate indifference claim because Wilson failed to raise a triable issue of fact as to whether the alleged delay in eye surgery caused him further injury. *See McGuckin v. Smith*, 974 F.2d 1050, 1060 (9th Cir.1992) *overruled on other grounds by WMX Technologies, Inc. v. Miller*, 104 F.3d 1133 (1997); *see also Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir.1996) (difference of opinion between prisoner and prison doctors fails to show deliberate indifference as a matter of law).

Wilson's claims against Dr. Meyers and Dr. Greenman fail because Wilson did not allege that they either personally participated in, or knew of, the alleged constitutional deprivation. *See Mabe v. San Ber-*

*nardino County*, 237 F.3d 1101, 1109 (9th Cir.2001).

The district court did not abuse its discretion in denying Wilson's request for appointment of counsel because he failed to demonstrate "exceptional circumstances." *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991).

We decline to address contentions in Wilson's opening brief raised for the first time on appeal. *See Pfingston v. Ronan Eng'g Co.*, 284 F.3d 999, 1003–04 (9th Cir. 2002).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

